**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MICHAEL RESTO-OTERO,**

                Plaintiff,            9:17-cv-1115
                                                    (GLS/DEP)
        v.

**IMAM MOHAMMAD,**

                Defendant.
_____

**APPEARANCES:**                        **OF COUNSEL:**

**FOR PLAINTIFF**
MICHAEL RESTO-OTERO
Plaintiff *Pro Se*
10-B-1849
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13021

**FOR DEFENDANTS:**
HON. BARBARA D. UNDERWOOD    DAVID A. ROSENBERG
New York Attorney General              Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report and Recommendation by Magistrate Judge David E. Peebles duly filed on October 3, 2018. (Dkt. No. 26.) Following fourteen days from the service

thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report and Recommendation for clear error, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 26) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendant's motion to dismiss (Dkt. No. 21) is **DENIED**; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

November 5, 2018
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge